UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        *Plaintiff,*

v.

PREMIER LINKS, INC., DWAYNE MALLOY,
CHRIS DAMON, THEIRRY RUFFIN a/k/a
THEIRRY REGAN,

        *Defendants,*

- AND -

JOHN DESANTIS, ROBERT BLOOME,
JOSEPH J. BYRNE, NICHOLAS SPINELLI,
MARGARET RAVA a/k/a MARGARET
AMATULLI, DARNEL JACKSON, FREDDIE
ANDERSON, QUATRO HOLDINGS, INC., and
NYC CLAIMS, INC.,

        *Relief Defendants.*

---

14-CV-07375(CBA)(RLM)

CERTIFICATE OF DEFAULT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2016 ★
BROOKLYN OFFICE

    I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the relief defendant Freddie Anderson has not filed an answer or otherwise moved with respect to the complaint herein. The default of relief defendant Freddie Anderson is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: February 23, 2016
Brooklyn, New York

DOUGLAS C. PALMER, Clerk of the Court

By: /s/ Janet Hamilton
      Deputy Clerk