UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| *Plaintiff*, | : |
| v. | : |
| PREMIER LINKS, INC., DWAYNE MALLOY, CHRIS DAMON, THEIRRY RUFFIN a/k/a THEIRRY REGAN, | : 14-CV-07375(CBA)(SLT) |
| *Defendants*, | : |
| - AND - | : |
| JOHN DESANTIS, ROBERT BLOOME, JOSEPH J. BYRNE, NICHOLAS SPINELLI, MARGARET RAVA a/k/a MARGARET AMATULLI, QUATRO HOLDINGS, INC., and NYC CLAIMS, INC., | : |
| *Relief Defendants*. | : |

---

### DECLARATION OF TODD D. BRODY CONCERNING SERVICE OF THE SEC'S MOTION FOR DEFAULT

I, TODD D. BRODY, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney in the New York Regional Office of the Securities and Exchange Commission ("SEC"). I am a member in good standing of the bar of New York and admitted to practice before the U.S. District Court for the Southern District of New York in the above-captioned matter. I submit this declaration concerning the SEC's service of its motion for default against Defendants and certain Relief Defendants.

2. The SEC filed its motion for default on June 16, 2016.

1

3. Pursuant to the consent of Defendant Chris Damon, on August 1, 2016, the SEC served its motion papers on Mr. Damon by electronic mail.

4. Pursuant to the April 14, 2016 order of the Court ("April 14 Order"), on August 24, 2016, Defendant Dwayne Malloy was served with the SEC's motion papers by personal service on Marianne Malloy.

5. Pursuant to the April 14 Order of the Court, on August 25, 2016, Defendant Theirry Ruffin was served with the SEC's motion papers by personal service on Mary Rusnak.

6. On August 16, 2016, Defendant Premier Links was served with the SEC's motion papers by service on the New York Secretary of State, Division of Corporations.

7. On August 29, 2016, Relief Defendant Joseph Byrne was personally served with the SEC's motion papers.

8. On or about June 17, 2016, I caused the SEC's motion papers to be sent to Relief Defendant Margaret Rava by overnight mail to the following address: 2468 East 26th Street, Unit 2, Brooklyn, NY 11235-2404.

9. On or about June 17, 2016, I caused the SEC's motion papers to be sent to Relief Defendant Nicholas Spinelli by overnight mail to the following address: 19 Dank Street, Brooklyn NY 11223-6148.

10. On or about June 17, 2016, pursuant to the agreement of counsel, I served the SEC's motion papers on Relief Defendant Freddie Anderson by sending the motion papers to his counsel by electronic mail.

11. On August 16, 2016, Relief Defendant Quatro Holdings was served with the SEC's motion papers by service on the New York Secretary of State, Division of Corporations.

12. Numerous attempts were made to personally serve Relief Defendant Robert Bloome with the SEC's motion papers by personal service on Edith Bloome. After these failed attempts, on August 27, 2016 the process server posted the SEC's motion papers at the front door of Ms. Bloome's address at 130 Clinton Place, Staten Island, NY. The process server also mailed the SEC's motion papers to the same address.

13. Pursuant to the April 14 Order, notice of the SEC's motion for default was published in the Asbury Park Press on June 24, 2016, July 1, 2016, July 8, 2016 and July 15, 2016.

14. Pursuant to the April 14 Order, notice of the SEC's motion for default was published in the Staten Island Advance on July 5, 2016, July 12, 2016, July 19, 2016, and July 26, 2016.

15. Pursuant to the April 14 Order, notice of the SEC's motion for default was published in the Brooklyn Daily Eagle on June 24, 2016, July 1, 2016, July 8, 2016 and July 15, 2016.

16. None of the aforementioned Defendants or Relief Defendants has opposed the SEC's motion for default.

Dated: New York, New York
December 2, 2016

          /s/ Todd D. Brody
Todd D. Brody
Attorney for Plaintiff
US Securities and Exchange Commission
200 Vesey Street (Brookfield Place)
Room 400
New York, NY 10281
Tel: (212) 336-0080
brodyt@sec.gov