Clerk's Office
Filed Date: 9/16/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES & EXCHANGE COMMISSION,

                       Plaintiff,

    v.

PREMIER LINKS, INC., THEIRRY RUFFIN a/k/a
THEIRRY REGAN, DWAYNE MALLOY,
CHRISTOPHER DAMON,

                     Defendants,
    and

JOHN DESANTIS, ROBERT BLOOME,
JOSEPH J. BYRNE, NICHOLAS SPINELLI,
MARGARET RAVA a/k/a MARGARET
AMATULLI, DARNEL JACKSON,
FREDDIE ANDERSON, QUATRO
HOLDINGS, INC., and NYC CLAIMS, INC.,

                     Relief Defendants.
------------------------------------------------------------------X

JUDGMENT
14-CV-7375 (CBA) (ST)

        A Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, having been filed on February 23, 2018, adopting the Report and Recommendation of Magistrate Judge Steven Tiscione, dated September 14, 2017, which recommended that the Court find Premier Links, Inc., Chris Damon, Dwayne Malloy, and Theirry Ruffin a/k/a Theirry Regan (the "Premier Links Defendants") liable for violating Section 5 of the Securities Act, 15 U.S.C. § 77e; Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a); Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b); Rule 10b-5, 17 C.F.R. § 240.10b-5; and Section 15(a) of the Exchange Act, 15 U.S.C. § 78o(a); that the Court permanently enjoin the Premier Links Defendants from committing or aiding and abetting future violations of the securities laws and rules they were alleged to have violated; and that the Court defer the ordering of disgorgement and civil monetary penalties until a later date. And a subsequent Memorandum and Order of the

Honorable Carol B. Amon, United States District Judge, having been filed on September 9, 2022, adopting the Report and Recommendation of Magistrate Judge Steven Tiscione, dated July 27, 2022, which recommended that the SEC's Motion for Entry of Judgment be granted; that Damon should disgorge $107,263.50 along with the prejudgment interest of $8,615.37 and his amount should be offset by the amount of restitution that he is ultimately ordered to pay in the related criminal action; that Ruffin should disgorge $42,010 and pay prejudgment interest of $3,374.22; Bloome should disgorge $340, 675 and pay prejudgment interest of $28,263.42; and Byrne should disgorge $59,165 and pay prejudgment interest of $4,752.12; and that Ruffin should also pay a civil penalty of $600,000; and that SEC's Motion to Approve Consent Judgments as to Defendants Amatulli, Jackson, Malloy, and DeSantis be granted; it is

  ORDERED and ADJUDGED that Premier Links, Inc., Chris Damon, Dwayne Malloy, and Theirry Ruffin a/k/a Theirry Regan (the "Premier Links Defendants") are liable for violating Section 5 of the Securities Act, 15 U.S.C. § 77e; Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a); Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b); Rule 10b-5, 17 C.F.R. § 240.10b-5; and Section 15(a) of the Exchange Act, 15 U.S.C. § 78o(a); that the Premier Links Defendants are enjoined from committing or aiding and abetting future violations of the securities laws and rules they were alleged to have violated; that the SEC's motion for entry of judgment is granted; that Damon should disgorge $107,263.50 along with the prejudgment interest of $8,615.37 and his amount should be offset by the amount of restitution that he is ultimately ordered to pay in the related criminal action; that Ruffin should disgorge $42,010 and pay prejudgment interest of $3,374.22; that Bloome should disgorge $340,675 and pay prejudgment interest of $28,263.42; that Byrne should disgorge $59,165 and pay prejudgment interest of $4,752.12; that Ruffin

should also pay a civil penalty of $600,000; and that SEC's Motions to Approve Consent Judgments as to Defendants Amatulli, Jackson, Malloy, and DeSantis are granted.

Dated: Brooklyn, New York　　　　　　　　　　Brenna B. Mahoney
　　　　September 15, 2022　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By:　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk